AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WARREN DANIEL ODOM

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 124-239

SHERIFF RICHARD ROUNDTREE;
CHARLES B. WEBSTER DETENTION
CENTER; LT. ASHLEY; and OFFICERS
ON DUTY,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 14, 2025 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, Plaintiff's Complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

| April 14, 2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020